# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Skyline Design, Inc.
    vs.
Carvart Glass, Inc. and
RG Glass Creations, Inc.

Case Number: FILED: MARCH 21, 2008
08CV1656   RCC
JUDGE GUZMAN
MAGISTRATE JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Skyline Design, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Tejal S. Desai | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Tejal S. Desai | |
| FIRM | |
| Fuchs & Roselli, Ltd. | |
| STREET ADDRESS | |
| 440 W. Randolph Street, Suite 500 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6280834 | (312) 651-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |