IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYLINE DESIGN, INC. an Illinois Corporation,<br><br>     *Plaintiff,*<br>v.<br><br>CARVART GLASS, INC., a New York corporation, and RG GLASS CREATIONS, INC. a New York corporation.<br><br>     *Defendants.* | CASE NO. 08 CV 1656<br><br>Judge Guzman<br><br>Magistrate Judge Cox |

### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

**NOW COMES** the Plaintiff, SKYLINE DESIGN, an Illinois corporation ("SKYLINE"), by and through its attorney, Richard C. Perna of FUCHS & ROSELLI, LTD., and as and for its *Motion for Extension of Time to Answer or Otherwise Plead*, states as follows:

1. SKYLINE filed a Complaint in this action on March 31, 2008.

2. SKYLINE and DEFENDANTS have been working diligently to settle this matter.

3. This *Motion* is not brought for the purposes of delay or harassment.

**WHEREFORE**, SKYLINE and DEFENDANTS, respectfully request this Honorable Court grant an extension of time to file an answer or otherwise respond to the complaint to a date after May 14, 2008, and for such other and further relief this Honorable Court deems just and proper.

              Respectfully Submitted,

              SKYLINE DESIGN, INC. *Plaintiff*

        By: \s\ Richard C. Perna
            One of Its Attorneys

Richard C. Perna - ARDC# 06193236
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400