IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYLINE DESIGN, INC. an Illinois Corporation,<br><br>                *Plaintiff,*<br>v.<br><br>CARVART GLASS, INC., a New York corporation, and RG GLASS CREATIONS, INC. a New York corporation.<br><br>                *Defendants.* | CASE NO. 08 CV 1656<br><br>Judge Guzman<br><br>Magistrate Judge Cox |

## NOTICE OF MOTION

TO:    Wendy E. Miller
          Cooper & Dunham LLP
          1185 Avenue of the Americas
          New York, New York 10036

     **PLEASE TAKE NOTICE** that on the 22nd day of April, 2008 at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Judge Ronald Guzman, in Courtroom 1219 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present a *Motion for Extension of Time to Answer or Otherwise Plead,* a copy of which is attached hereto and served upon you.

                                                                SKYLINE DESIGN, INC. *Plaintiff*

                                By:    \s\ Richard C. Perna
                                               One of its Attorneys

## CERTIFICATE OF SERVICE

     The undersigned attorney on oath states that he caused a copy of the foregoing Notice of Motion and Motion for Extension of Time to Answer or Otherwise Plead to be served on the person(s) to whom it is directed by facsimile and depositing same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, on the 11th day of April, 2008.
                                                           \s\ Richard C. Perna

Richard C. Perna - ARDC# 06193236
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400