AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

Skyline Design, Inc., an Illinois corporation,

        Plaintiff,

V.

Carvart Glass, Inc., a New York corporation and RG Glass Creations, Inc., a New York corporation,

        Defendants.

CASE NUMBER: 08 CV 1656

ASSIGNED JUDGE: Guzman

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

RG Glass Creations, Inc.
180 Varick Street, Suite 1218
New York, New York 10014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard C. Perna
Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street, Suite 500
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                           DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                           *Signature of Server*

_____
                           *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.