UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYLINE DESIGN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 CV 1656 |
| v. ) | JUDGE GUZMAN |
| ) | MAGISTRATE JUDGE COX |
| CARVART GLASS, INC. and RG GLASS ) | |
| CREATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO: **Tejal S Desai**           **Richard Carmen Perna**
Fuchs & Roselli           Fuchs & Roselli, Ltd.
440 W. Randolph Street, Suite 440   440 West Randolph Street, Suite 500
Chicago, IL 60606           Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **May 22, 2008** at **9:30 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 at 219 S. Dearborn, Chicago, IL and then and there present the Defendants' Motion to Dismiss Plaintiff's Complaint**,** a copy of which is hereby served upon you.

CARVART GLASS, INC. and
RG GLASS CREATIONS, INC.

By: _____
One of its Attorneys

Michael R. Turoff (ARDC # 02870258)
Raechelle Delarmente (ARDC # 06292683)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

OF COUNSEL:
Wendy E. Miller
Gary J. Gershik
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that on May 14, 2008, she electronically filed Defendants' Notice of Motion, Defendants' Motion to Dismiss, and Defendants' Memorandum in Support of their Motion to Dismiss with the clerk of the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system, which electronically served notification and a copy of such filing to:

    Richard Carmen Perna - rperna@frltd.com

    Tejal S. Desai -  tdesai@frltd.com


      /s Raechelle Delarmente

8105355.1