IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SKYLINE DESIGN, INC.**, an Illinois Corporation,<br><br>*Plaintiff*,<br>v.<br><br>**CARVART GLASS, INC.,** a New York Corporation, and **RG GLASS CREATIONS, INC.,** a New York Corporation,<br><br>*Defendants.* | Case No. 08 CV 1656<br><br>Judge Ronald A. Guzman<br>Magistrate Susan E. Cox |

### PRELIMINARY REPORT OF PARTIES' DISCOVERY PLAN

**NOW COMES** the Plaintiff, Skyline Design, Inc. ("Plaintiff"), by and through its attorneys, Richard C. Perna and Tejal S. Desai of Fuchs & Roselli, Ltd., and Defendants, Carvart Glass, Inc. ("Carvart") and RG Glass Creations, Inc. ("RG Glass")(jointly as "Defendants") by and through their attorneys, Wendy E. Miller and Gary J. Gershik of Cooper & Dunham LLP, and Michael R. Turoff and Raechelle Delarmenti of Arnstein & Lehr LLP (Plaintiff and Defendants referred to jointly as "Parties") and pursuant to the standing order of this Court, submit this preliminary report of the parties' discovery plan.

1. The parties have discussed the possibility of settlement. Plaintiff's position is that until full disclosure is made of all sales, advertising, and marketing of Plaintiff's copyright design by Defendants, there is not enough information to conduct meaningful negotiations and prefers to revisit the issue of settlement once said disclosures have been made.

2. The parties shall exchange initial disclosures on or before June 3, 2008.

3. The parties agree to complete all discovery by February 27, 2009.

Dated:  May 16, 2008

| | |
|---|---|
| **SKYLINE DESIGN, INC.,** Plaintiff | **CARVART GLASS, INC. &** <br> **RG GLASS CREATIONS, INC.,** Defendants |
| By: /s/ Richard C. Perna <br> One of its Attorneys | By: /s/ Wendy E. Miller <br> One of their Attorneys |
| Richard C. Perna <br> Tejal S. Desai <br> Fuchs & Roselli, Ltd. <br> 440 W. Randolph Street, Suite 500 <br> Chicago, Illinois 60606 <br> Tel: (312) 651-2400 <br> Fax: (312) 651-2499 | Wendy E. Miller (Of Counsel) <br> Cooper & Dunham LLP <br> 1185 Avenue of the Americas <br> New York, New York 10036 <br> Tel: (212) 278-0400 <br> Fax: (212) 391-0525 <br><br> Michael R. Turoff (Local Counsel) <br> Arnstein & Lehr LLP <br> 120 S. Riverside Plaza, Suite 1200 <br> Chicago, Illinois 60606 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SKYLINE DESIGN, INC.** an Illinois Corporation,<br><br>     *Plaintiff,*<br> v.<br><br>**CARVART GLASS, INC.**, a New York corporation, and **RG GLASS CREATIONS, INC.** a New York corporation.<br><br>     *Defendants.* | **CASE NO. 08 CV 1656**<br><br>**Judge Guzman**<br><br>**Magistrate Judge Cox** |

### NOTICE OF FILING

TO: Wendy E. Miller       Michael R. Turoff
   Cooper & Dunham LLP     Raechelle Delarmenti
   1185 Avenue of the Americas   Arnstein & Lehr LLP
   New York, New York 10036   120 S. Riverside Plaza, Suite 1200
                    Chicago, Illinois 60606

  **PLEASE TAKE NOTICE** that on the 16th day of May, 2008 we caused to be filed with the Clerk of the Northern District of Illinois, *Preliminary Report of Parties' Discovery Plan,* a copy of which is attached hereto and served upon you.

                       **SKYLINE DESIGN, INC.** *Plaintiff*

                By: ____\s\ Richard C. Perna_____
                    One of its Attorneys

### CERTIFICATE OF SERVICE

  The undersigned attorney on oath states that he caused a copy of the foregoing Notice of Filing and *Preliminary Report of Parties' Discovery Plan* to whom it is directed by electronic service and by depositing same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, on the 16th day of May, 2008.

                    ____\s\ Richard C. Perna_____

Richard C. Perna - ARDC# 06193236
Tejal S. Desai
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400