UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Skyline Design, Inc.
                     Plaintiff,

v.                                        Case No.: 1:08–cv–01656
                                             Honorable Ronald A. Guzman

Carvart Glass, Inc., et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Status hearing (partial telephonic) held on 5/21/2008. Amended pleadings and joinder of parties due by 8/15/2008. All discovery ordered closed by 2/27/2009. NO EXTENSIONS. Status hearing set for 3/4/2009 at 09:30 AM. Set deadlines as to motion by Defendants Carvart Glass, Inc., RG Glass Creations, Inc. to dismiss ([18] : Response due by 7/7/2008. Reply due by 7/22/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.