AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS  **SUMMONS IN A CIVIL CASE**

Skyline Design, Inc., an
Illinois corporation,

        Plaintiff,

CASE NUMBER: 08 CV 1656

V.

Carvart Glass, Inc., a New York
corporation and RG Glass Creations,
Inc., a New York corporation,

        Defendants.

ASSIGNED JUDGE: Guzman

DESIGNATED
MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

RG Glass Creations, Inc.
180 Varick Street, Suite 1218
New York, New York  10014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard C. Perna
Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street, Suite 500
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Hirley_
(By) DEPUTY CLERK

**May 12, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | MAY 19, 2008 |
| NAME OF SERVER (PRINT) LAURANCE KNOX | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
130 Varick St. Suite 1213, NY, NY 10014

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Nicole Mandelbaum

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 27 2008    /s/ Laurance Knox
                Date              Signature of Server

Sworn to before me on the
27th day of May 2008.

20 Vesey St. NY NY
Address of Server

*/s/ Christine M Hanson*

CHRISTINE M HANSON
Notary Public - State of New York
NO. 01HA6162668
Qualified in Suffolk County
My Commission Expires 3/12/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.