IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYLINE DESIGN, INC. an Illinois Corporation,<br><br>     *Plaintiff,*<br>v.<br><br>CARVART GLASS, INC., a New York corporation, and RG GLASS CREATIONS, INC. a New York corporation.<br><br>     *Defendants.* | CASE NO. 08 CV 1656<br><br>Judge Guzman<br><br>Magistrate Judge Cox |

NOTICE OF FILING

TO: Wendy E. Miller       Michael R. Turoff
   Cooper & Dunham LLP     Raechelle Delarmenti
   1185 Avenue of the Americas   Arnstein & Lehr LLP
   New York, New York 10036   120 S. Riverside Plaza, Suite 1200
                    Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on the 7th day of July, 2008 we caused to be filed with the Clerk of the Northern District of Illinois, *Plaintiff Skyline Design's Response to Defendants Carvart Glass, Inc. and RG Glass Creations, Inc. Motion to Dismiss Pursuant to Rule 12(b)(6) and 3 of the Federal Rules of Civil Procedure for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative to Transfer Venue-*, a copy of which is attached hereto and served upon you.

                        SKYLINE DESIGN, INC. *Plaintiff*

              By: \s\ Richard C. Perna
                  One of its Attorneys

CERTIFICATE OF SERVICE

   The undersigned attorney on oath states that he caused a copy of the foregoing Notice of Filing and Response to Defendants' Motion to Dismiss to whom it is directed by electronic service on July 7, 2008 and by depositing same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, on the 8th day of July, 2008.

                     \s\ Richard C. Perna

Richard C. Perna - ARDC# 06193236
Tejal S. Desai
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400