UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SKYLINE DESIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 08 CV 1656 |
| | ) | JUDGE GUZMAN |
| v. | ) | MAGISTRATE JUDGE COX |
| | ) | |
| CARVART GLASS, INC. and RG GLASS CREATIONS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' AGREED MOTION
### TO EXTEND THE TIME TO FILE A REPLY BRIEF

Defendants, Carvart Glass, Inc. and RG Glass Creations, Inc., by their attorneys, Michael R. Turoff, Arnstein & Lehr LLP, and Wendy E. Miller, Cooper & Dunham LLP, move for a 14-day extension of time to file a reply brief in support of their pending motion to dismiss this action for lack of personal jurisdiction and improper venue. Plaintiff, Skyline Design, Inc. ("Skyline"), consents to this motion.

1. On May 14, 2008, Defendants filed a motion to dismiss this action pursuant to Rules 12(b)(2) and (3), F.R.Civ.P. In accordance with a briefing schedule established by the Court during the initial conference on May 21, 2008, Plaintiff filed an opposition on July 7, 2008, and Defendants' reply is due on July 22, 2008.

2. Settlement discussions between the parties have very recently advanced to the point where they believe that a settlement is possible. In order to facilitate the settlement negotiations, it is requested that Defendants be granted a 14-day extension of time to file their reply brief, to August 5, 2008.

WHEREFORE, Defendants request an Order granting a 14-day extension of time until August 5, 2008 to file a reply brief in support of their pending motion to dismiss the Complaint.

                                         CARVART GLASS, INC. and
                                         RG GLASS CREATIONS, INC.

                                         By:  *Raechelle Delarmente*
                                                 One of its Attorneys

Michael R. Turoff (ARDC # 02870258)
Raechelle Delarmente (ARDC # 06292683)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

Wendy E. Miller
Gary J. Gershik
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

8152713.1