UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SKYLINE DESIGN, INC.,                    )
                                         )
        Plaintiff,                       )
                                         )        08 CV 1656
        v.                               )        JUDGE GUZMAN
                                         )        MAGISTRATE JUDGE COX
CARVART GLASS, INC. and RG GLASS         )
CREATIONS, INC.,                         )
                                         )
        Defendants.                      )

## NOTICE OF MOTION

TO: **Tejal S Desai**                    **Richard Carmen Perna**
    Fuchs & Roselli                      Fuchs & Roselli, Ltd.
    440 W. Randolph Street, Suite 440    440 West Randolph Street, Suite 500
    Chicago, IL 60606                    Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **July 24, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 at 219 S. Dearborn, Chicago, IL and then and there present the Defendants' Agreed Motion to Extend the Time to File a Reply Brief, a copy of which is hereby served upon you.

                    CARVART GLASS, INC. and
                    RG GLASS CREATIONS, INC.

                    By: _Racchelle Delarmente_
                        One of its Attorneys

Michael R. Turoff (ARDC # 02870258)
Racchelle Delarmente (ARDC # 06292683)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

Wendy E. Miller
Gary J. Gershik
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 21, 2008, she electronically filed Defendants' Notice of Motion and Defendants' Agreed Motion to Extend the Time to File a Reply Brief with the clerk of the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system, which electronically served notification and a copy of such filing to:

Richard Carmen Perna - rperna@frltd.com

Tejal S. Desai - tdesai@frltd.com


    /s Raechelle Delarmente