UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYLINE DESIGN, INC., | ) |
| Plaintiff, | ) 08 CV 1656 |
| | ) JUDGE GUZMAN |
| v. | ) MAGISTRATE JUDGE COX |
| CARVART GLASS, INC. and RG GLASS CREATIONS, INC., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION ON CONSENT
TO EXTEND THE TIME TO FILE A REPLY BRIEF**

Defendants, Carvart Glass, Inc. and RG Glass Creations, Inc., by their attorneys, Michael R. Turoff, Arnstein & Lehr LLP, and Wendy E. Miller, Cooper & Dunham LLP, move for a 14-day extension of time to file a reply brief in support of their pending motion to dismiss this action for lack of personal jurisdiction and improper venue. This is defendants' second request to extend the time to file a reply brief. Plaintiff, Skyline Design, Inc. ("Skyline"), consents to this motion.

1.  On May 14, 2008, defendants filed a motion to dismiss this action pursuant to Rules 12(b)(2) and (3), F.R.Civ.P. (Dkt. 18). In accordance with a briefing schedule established by the Court during the initial conference on May 21, 2008, plaintiff filed an opposition on July 7, 2008, and defendants' reply was to be due on July 22, 2008.

2.  On July 21, 2008, defendants filed a consented-to motion for a 14-day extension of time to file their reply brief (Dkts. 29, 30). That motion was granted by the Court on July 23, 2008 (Dkt. 31). In that motion, defendants reported that settlement discussions between the parties had advanced to the point where they believed that a settlement was possible. Since that

1

date, the parties have reached an agreement in principle and are exchanging drafts of a written settlement agreement. Accordingly, it is requested that defendants be granted an additional 14-day extension of time to file their reply brief, to August 19, 2008.

WHEREFORE, defendants request an Order granting a 14-day extension of time, until August 19, 2008, to file a reply brief in support of their pending motion to dismiss the Complaint.

CARVART GLASS, INC. and
RG GLASS CREATIONS, INC.


By:  /s Raechelle Delarmente
       One of its Attorneys

Michael R. Turoff (ARDC # 02870258)
Raechelle Delarmente (ARDC # 6292683)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

Wendy E. Miller
Gary J. Gershik
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400