## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Skyline Design, Inc.

                               Plaintiff,

v.                                                      Case No.: 1:08–cv–01656
                                                        Honorable Ronald A. Guzman

Carvart Glass, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

        MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendants for extension of time to file reply to Defendants' Motion to dismiss [18] [32] is granted to and including 8/19/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.