UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SKYLINE DESIGN, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARVART GLASS, INC. and RG GLASS ) <br> CREATIONS, INC., ) <br> ) <br> Defendants. ) | 08 CV 1656 <br> JUDGE GUZMAN <br> MAGISTRATE JUDGE COX |

### NOTICE OF MOTION

TO:  **Tejal S Desai**                              **Richard Carmen Perna**
     Fuchs & Roselli                                 Fuchs & Roselli, Ltd.
     440 W. Randolph Street, Suite 440               440 West Randolph Street, Suite 500
     Chicago, IL 60606                               Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **August 26, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman in Room 1219 at 219 S. Dearborn, Chicago, IL and then and there present the Defendants' Third Motion on Consent to Extend the Time to File a Reply Brief, a copy of which is hereby served upon you.

                              CARVART GLASS, INC. and
                              RG GLASS CREATIONS, INC.

                          By:  /s Raechelle Delarmente
                               One of its Attorneys

Michael R. Turoff (ARDC # 02870258)
Raechelle Delarmente (ARDC # 06292683)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

Wendy E. Miller
Gary J. Gershik
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 278-0400

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 19, 2008, she electronically filed Defendants' Notice of Motion and Defendants' Third Motion on Consent to Extend the Time to File a Reply Brief with the clerk of the United States District Court for the Northern District of Illinois using the CM/ECF electronic filing system, which electronically served notification and a copy of such filing to:

Richard Carmen Perna - rperna@frltd.com

Tejal S. Desai - tdesai@frltd.com

/s Raechelle Delarmente

8175900.1